After Recordation, Return by Mail (X) Pick-up ( )

CLERK U S DISTRICT COURT
U.S. COURTHOUSE, RM C-388
300 ALA MOANA BLVD
HONOLULU, HI 96850

TG:
TGES: A64020419
GLENDA YAGIHARA

Tax Map Key: (4)5/4/005/007

TITLE OF DOCUMENT:       RELEASE OF MORTGAGE (INDIVIDUAL)

KNOW ALL MEN BY THESE PRESENTS:

That SUE BEITIA, CLERK OF THE US DISTRICT COURT
whose address is 300 ALA MOANA BLVD, RM # C-388, HONOLULU HI   96850

the owner and holder of the Mortgage hereinafter described, does hereby acknowledge full payment and satisfaction of the indebtedness secured by said mortgage and, in consideration thereof, does hereby release and discharge from the lien of said Mortgage all of the property secured thereunder.

The Mortgage hereinabove referred to is described as follows:

That certain Mortgage dated JUNE 20, 2000, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. _____, noted on Transfer Certificate of Title No. _____, and recorded in the Bureau of Conveyances of the State of Hawaii in Liber _____, at Page _____ or Document No. 2000085358.

IN WITNESS WHEREOF, the undersigned has executed these presents this 22nd day of November 2006.

_____
Sue Beitia
Clerk, United States District Court
District of Hawaii

State of Hawaii         )
                        ) SS.
County of Honolulu      )

On this 22nd day of November, A.D. 20 06, personally appeared Sue Beitia and _____, to me personally known, who, being by me duly sworn or affirmed did say that such persons executed the foregoing instrument as the free act and deed of such persons, and if applicable, in the capacity shown, having been duly authorized to execute such instrument in such capacity.

My Commission Expires: 3-20-2008

_____
Notary Public, in and for said County and State

Eileen Chun Sakuda
Print Name

A6-402-0419   99760   GNY:GNY

6